# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ANTHONY ROBB,<br><br>               Defendant. | 8:19CR97<br><br>ORDER |

      This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Anthony Robb [23]. Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw [23] is granted.

      Kristina B. Murphree, 11605 Miracle Hills Drive, Suite 300, Omaha, Nebraska 68154, (402) 492-9800, is appointed to represent Anthony Robb for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Kristina B. Murphree with the materials obtained by the defendant which are material to Mr. Robb's defense.

      The clerk shall provide a copy of this order to Kristina B. Murphree, and she shall file her appearance forthwith.

      **IT IS SO ORDERED.**

      Dated this 14th day of August, 2019.

                                                    BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge